United States District Court
Southern District of Texas
**ENTERED**
November 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL ANGELLO, | § § § § | |
| Plaintiff. | | |
| VS. | § § § § § § § | 3:24-cv-77 |
| PHOENIX HEALTH MANAGEMENT LLC, | | |
| Defendant. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 14, 2025, Michael Angello's motion for default judgment was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 33. Judge Edison filed a memorandum and recommendation on November 6, 2025, recommending that the motion for default judgment, Dkt. 30, be denied. Dkt. 34.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 34, is approved and adopted in its entirety as the holding of the court; and

(2) Angello's motion for default judgment, Dkt. 30, is denied.

SIGNED on Galveston Island this 21st day of November, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE