United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL ANGELLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:24-cv-77 |
| | § | |
| PHOENIX HEALTH | § | |
| MANAGEMENT LLC, | § | |
| | § | |
| Defendant. | | |

## ORDER

The plaintiff has advised the court that a settlement has been reached. Dkt. 44. Accordingly, the court orders that all claims against Phoenix Health Management LLC in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Monday, April 13, 2026, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, April 13, 2026.

Signed on Galveston Island this 17th day of February, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE